

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 15 2024

**BY ECF**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
New York, New York 10007

   Re: *United States v. Pedro Rodriguez*, 17 Cr. 543 (GBD)

Dear Judge Daniels:

   The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

      By:    /s/
          Nicholas Folly
          Assistant United States Attorney
          Tel.: (212) 637-1060